# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THEODORE HAMMOND, CAROL HAMMOND,**

           **Plaintiffs,**

-vs-                                    **Case No. 6:07-cv-139-Orl-28DAB**

**AETNA HEALTH INC.,**

           **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Amended Motion To Remand (Doc. No. 16) filed February 13, 2007. The United States Magistrate Judge has submitted a report[1] recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Defendant's Objections (Doc. 31) and the Plaintiff's Response to Defendant's Objections (Doc. 33)[2], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 28, 2007 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] The Report is filed as 18 pages. The actual Report and Recommendation is 6 pages and has 2 copies attached.

[2] The Court has also reviewed and considered the Objections filed by Defendant (Doc. 24) to the Order issued by Magistrate Judge Baker on February 12, 2007 (Doc. 13). The Court overrules the Objections and the Order is confirmed.

2. Plaintiff's Amended Motion To Remand (Doc. No. 16) is **GRANTED**.

3. All pending motions are **DENIED as moot**.

4. The Clerk is directed to remand this case to the Ninth Judicial Circuit in and for Orange County, Florida, case number 06-CA-01079-0 and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___19___ day of March, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party